NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

February 21, 2008

U.S. District Court for the District of Delaware
844 North King , Room 4209
Wilmington, DE 19801

RE:    **Case Number: 08-56/ Third Party Summons**

Dear Sir or Madam:

Enclosed please find a Third Party Summons for the above-referenced matter, which was e-filed this morning. Please issue this Summons, and return via U.S. Mail, to Schmittinger and Rodriguez at the above-noted address. Thank you for your attention to this matter.

Respectfully Submitted,

_____
Jeffrey J. Clark, Esquire
Bar I.D. # 3485
Attorney for Defendant/Third-Party Plaintiffs Daniel Feeley and Lauren Diehl

◎AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　　　　　　　　　　　　　　　District of　　　　　　　　　Delaware

PLAINTIFF
Westfield Insurance Company,

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Chip Slaughter Auto Wholesale, Inc.;
Paul Slaughter; Lee F. Slaughter, Jr.;
Daniel Feeley, by his Guardian Ad Litem
Kelly Blair, Lauren Diehl; and
Colin Sandler;

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number:  08-56

V. THIRD PARTY DEFENDANT
Pfister Insurance, Inc.

To: Name and address of Third Party Defendant
Pfister Insurance, Inc.
Melville F. Warren, Jr.
625 S. DuPont Highway, Ste. 101
Dover, DE 19903

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) Benjamin A. Schwartz, Esq. |
|---|---|
| James Yoder, Esquire<br>White & Williams, LLP<br>824 N. Market Street, Ste 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Schwartz & Schwartz<br>1140 S. State Street, P.O. Box 541<br>Dover, DE 19903<br>Jeffrey J Clark, Esq.<br>Nicholas H. Rodriguez, Esq.<br>Schmittinger & Rodriguez, P.A.<br>414 S. State Street, P.O. Box 497<br>Dover, DE 19903 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK
◎AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                              *Signature of Server*

                              _____
                                          *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.