# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/26/08 |
| NAME OF SERVER *Harold K. Brode* | TITLE *Investigator (Schmittinger & Rodriguez)* |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: *625 S. Dupont Hwy Suite 101 Dover, Del 19901*

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: *Melville F. Warren Jr*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/26/08
Signature of Server: *Harold K. Brode*
Address of Server: *414 S. State Street, Dover, Del 19901*
*302/678-5483*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

PLAINTIFF
Westfield Insurance Company,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Chip Slaughter Auto Wholesale, Inc.;
Paul Slaughter; Lee F. Slaughter, Jr.;
Daniel Feeley, by his Guardian Ad Litem
Kelly Blair, Lauren Diehl; and
Colin Sandler;

Case Number: 08-56 JJF

V. THIRD PARTY DEFENDANT
Pfister Insurance, Inc.

To: Name and address of Third Party Defendant
Pfister Insurance, Inc.
Melville F. Warren, Jr.
625 S. DuPont Highway, Ste. 101
Dover, DE 19903

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) Benjamin A. Schwartz, Esq. |
|---|---|
| James Yoder, Esquire<br>White & Williams, LLP<br>824 N. Market Street, Ste 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Schwartz & Schwartz<br>1140 S. State Street, P.O. Box 541<br>Dover, DE 19903<br>Jeffrey J Clark, Esq.<br>Nicholas H. Rodriguez, Esq.<br>Schmittinger & Rodriguez, P.A.<br>414 S. State Street, P.O. Box 497<br>Dover, DE 19903 |

an answer to the third-party complaint which is served on you with this summons, within   20   days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

FEB 2 5 2008

CLERK      [signature]      DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action