## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 08-56 JJF |
| | ) | |
| v. | ) | TRIAL BY JURY OF TWELVE |
| | ) | DEMANDED |
| CHIP SLAUGHTER AUTO WHOLESALE, | ) | |
| INC., PAUL SLAUGHTER, LEE F. | ) | |
| SLAUGHTER, JR., DANIEL FEELEY, by his | ) | |
| Guardian Ad Litem KELLY BLAIR, | ) | |
| LAUREN DIEHL, and COLIN SANDLER, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHIP SLAUGHTER AUTO WHOLESALE, | ) | |
| INC., PAUL SLAUGHTER, LEE F. | ) | |
| SLAUGHTER, JR., DANIEL FEELEY, | ) | |
| and LAUREN DIEHL, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PFISTER INSURANCE, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, P.A. as attorney for Third-Party Defendant, Pfister Insurance, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Third-Party Defendant. The Third-Party Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer,

object or otherwise plead.

          CASARINO, CHRISTMAN & SHALK, P.A.


          /s/ Stephen P. Casarino
          STEPHEN P. CASARINO, ESQUIRE
          I.D. No. 174
          800 North King Street - Suite 200
          P.O. Box 1276
          Wilmington, DE  19899-1276
          (302) 594-4500
          Attorney for Third-Party Defendant Pfister Ins., Inc.

Dated:  April 4, 2008

## **CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have served via electronic filing on this 4th day of April 2008, a true and correct copy of the attached Entry of Appearance, addressed to:

James Yoder, Esq.
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Jeffrey J. Clark, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903

Benjamin A. Schwartz, Esq.
Schwartz & Schwartz
1140 S. State Street
P.O. Box 541
Dover, DE 19903

Nicholas A. Rodriguez, Esq.
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE 19903

CASARINO, CHRISTMAN & SHALK, P.A.

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street - Suite 200
P.O. Box 1276
Wilmington, DE  19899-1276
(302) 594-4500
Attorney for the Third-Party Defendant Pfister Ins.