IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | C.A. No. 08-56 |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR, LAUREN DIEHL; and COLIN SANDLER, | ) | |
| Defendants, | ) | |
| v. | ) | |
| CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR, LAUREN DIEHL; and COLIN SANDLER, | ) | |
| Third-Party Plaintiffs, | ) | |
| v. | ) | |
| PFISTER INSURANCE INC. | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**DEFENDANT AND THIRD-PARTY PLAINTIFFS' INITIAL DISCLOSURES**

to be served upon:

James S. Yoder, Esquire
White and Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

by faxing and mailing copies to the address listed above on May 9, 2008.

| | |
|---|---|
| SCHWARTZ & SCHWARTZ | SCHMITTINGER & RODRIGUEZ, P.A. |
| BY: /s/ Benjamin A. Schwartz<br>BENJAMIN A. SCHWARTZ, ESQUIRE<br>Bar I.D. #4145<br>1140 S. State Street<br>P.O. Box 541<br>Dover, DE  19903<br>(302) 678-8700<br>Attorney for Defendants/<br>Third-Party Plaintiffs Chip<br>Slaughter Auto Wholesale,<br>Inc., Paul Slaughter, and<br>Lee F. Slaughter, Jr. | BY: /s/ Nicholas H. Rodriguez<br>NICHOLAS H. RODRIGUEZ, ESQUIRE<br>Bar I.D. #356<br>414 S. State Street<br>P.O. Box 497<br>Dover, DE  19903<br>(302) 674-0140<br>Attorney for Defendant/<br>Third-Party Plaintiff<br>Lauren Diehl |
| DATED: 5/9/08 | DATED: 5/9/08 |

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ Jeffrey J Clark
JEFFREY J CLARK, ESQUIRE
Bar I.D. #3485
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorney for Defendant/Third-
Party Plaintiff Daniel Feeley

DATED: 5/9/08