IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | C.A. No. 08-56 |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR, LAUREN DIEHL; and COLIN SANDLER, | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR, LAUREN DIEHL; and COLIN SANDLER, | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PFISTER INSURANCE INC. | ) | |
| Third-Party Defendant. | ) | |

### RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS SO ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange by May 9, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties**. All motions to join other parties shall be filed on or before August 1, 2008.

3. **Settlement Conference**. Pursuant to 28 U.S.C. §636, this

matter is referred to Magistrate Judge _Thynge_ for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

    4.   **Discovery**.

        (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by January 30, 2009.

        (b) Maximum of 50 interrogatories by each party to any other party.

        (c) Maximum of 30 requests for admission by each party to any other party.

        (d) Maximum of 10 depositions by Plaintiff(s) and 10 by Defendant(s). Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

        (e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof by October 30, 2008 and from all other parties by December 30, 2008.

        (f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from the receipt of said expert's report, unless otherwise agreed in writing by the parties.

    5.   **Non-Case Dispositive Motions**.

        (a) Any non-case dispositive motion, along with an

Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

    (b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

    (c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourts.gov.

6. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before September 30, 2008.

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 2, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

8. **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the

Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on Procedures for filing non-dispositive motions in non-patent cases (pro se cases excluded). Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

   (b) No facsimile transmissions will be accepted.

   (c) No telephone calls shall be made to Chambers.

   (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

  9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

  The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

WHITE & WILLIAMS

BY: /s/ James S. Yoder
JAMES S. YODER, ESQUIRE
Bar I.D. #2643
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 467-4524
Attorney for Plaintiff

DATED: 4/17/08

SCHWARTZ & SCHWARTZ

BY: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ, ESQUIRE
Bar I.D. #4145
1140 S. State Street
P.O. Box 541
Dover, DE 19903
(302) 678-8700
Attorney for Defendants/Third-Party Plaintiffs Chip Slaughter Auto Wholesale, Inc., Paul Slaughter, and Lee F. Slaughter, Jr.

DATED: 4/17/08

CASARINO, CHRISTMAN & SHALK

BY: /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ.
Bar I.D. #174
800 North King Street
Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Third-Party Defendant Pfister Ins., Inc.

DATED: 4/17/08

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ Nicholas H. Rodriguez
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. #356
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Defendant/Third-Party Plaintiff Lauren Diehl

DATED: 4/17/08

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ Jeffrey J Clark
JEFFREY J CLARK, ESQUIRE
Bar I.D. #3485
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Defendant/Third-Party Plaintiff Daniel Feeley

May 9, 2008
DATE

UNITED STATES DISTRICT JUDGE