## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 08-56 JJF |
| | ) | |
| v. | ) | TRIAL BY JURY OF TWELVE |
| | ) | DEMANDED |
| CHIP SLAUGHTER AUTO WHOLESALE, | ) | |
| INC., PAUL SLAUGHTER, LEE F. | ) | |
| SLAUGHTER, JR., DANIEL FEELEY, by his | ) | |
| Guardian Ad Litem KELLY BLAIR, | ) | |
| LAUREN DIEHL, and COLIN SANDLER, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHIP SLAUGHTER AUTO WHOLESALE, | ) | |
| INC., PAUL SLAUGHTER, LEE F. | ) | |
| SLAUGHTER, JR., DANIEL FEELEY, | ) | |
| and LAUREN DIEHL, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PFISTER INSURANCE, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

### PFISTER INSURANCE INC.'S INITIAL DISCLOSURES

A.  Identity of individuals having discoverable information:

   Scott Foltz, Shelley Fortney, Mel Warren c/o Pfister Insurance, Inc.
   625 S. DuPont Highway
   Suite 101
   Dover, DE 19903

B.  Description of documents:

   The defendants completed file on the case which includes the application for insurance, notes and insurance coverages.

C.    Damages:

Not applicable

D.    Insurance Agreements

The defendant was covered by a policy of insurance written by Swiss Reinsurance America Corporation, 5200 Metcalf Avenue, Overland Park, Kansas 66202. A copy of the policy will be produced.

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street - Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Third-Party Defendant Pfister Ins.