IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, <br> Plaintiff, <br><br> vs. <br><br> CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR; LAUREN DIEHL; and COLIN SANDLER. <br> Defendants, <br><br> vs. <br><br> CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR and LAUREN DIEHL. <br> Third-Party Plaintiffs, <br><br> vs. <br><br> PFISTER INSURANCE COMPANY <br> Third-Party Defendant. | CIVIL ACTION NO. 08-CV-00056-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT: I, James S. Yoder, being duly sworn according to law, deposes and says that I am employed by White & Williams, LLP., which is counsel for the Plaintiff Westfield Insurance Company and on the 7th day of July 2008, I caused copies of Westfield's Initial Disclosure pursuant to Rule 26(a)(1) to be served upon the parties listed below via U.S. First Class Mail.

PHLDMS1 4457722v.1

-2-

Benjamin A. Schwartz, Esquire
Schwartz & Schwartz
1140 South State Street
Dover, DE  19901

Jeffery J. Clark, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19903

Nicholas H. Rodriguez, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19903

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk
800 King Street
P.O. Box 1276
Wilmington, DE  19899

WHITE AND WILLIAMS LLP

/s/ James S. Yoder

_____
JAMES S. YODER (#2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Telephone: 302-467-4524
Facsimile: 302-467-4554
*Attorneys for Plaintiff*
*Westfield Insurance Company*

DATED: July 7, 2008