IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | C.A. No. 08-56 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR, LAUREN DIEHL; and COLIN SANDLER, | |
| Defendants, | |
| v. | |
| CHIP SLAUGHTER AUTO WHOLESALE, INC.; PAUL SLAUGHTER; LEE F. SLAUGHTER, JR.; DANIEL FEELEY, by his Guardian *Ad Litem* KELLY BLAIR, LAUREN DIEHL; and COLIN SANDLER, | |
| Third-Party Plaintiffs, | |
| v. | |
| PFISTER INSURANCE INC. | |
| Third-Party Defendant. | |

### *NOTICE OF SERVICE*

I hereby certify that I have caused copies of the following:

**DEFENDANTS AND THIRD-PARTY PLAINTIFFS FEELEY AND DIEHL'S REQUEST FOR PRODUCTION DIRECTED TO WESTFIELD INSURANCE COMPANY**

to be served upon:

James S. Yoder, Esquire
White and Williams
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899

Stephen P. Casarino, Esq.
Casarino, Christman & Shalk
800 North King Street
Suite 200
P.O. Box 1276
Wilmington, DE 19899

by e-filing and mailing copies to the addresses listed above on ___8/18___, 2008.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: /s/ Nicholas H. Rodriguez
NICHOLAS H. RODRIGUEZ, ESQUIRE
Delaware Bar I.D. #356
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
(302) 674-0140
Attorney for Defendant/
Third-Party Plaintiff
Lauren Diehl

DATED: 8/18/08

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: /s/
JEFFREY J CLARK, ESQUIRE
Delaware Bar I.D. #3485
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
(302) 674-0140
Attorney for Defendant/
Third-Party Plaintiff
Daniel Feeley

DATED: 8/18/08