## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 08-56-JJF |
| CHIP SLAUGHTER AUTO WHOLESALE, INC., et al., | : |
| Defendants and Third-Party Plaintiffs, | : |
| v. | : |
| PFISTER INSURANCE INC., | : |
| Third-Party Defendant. | : |

## ORDER

At Wilmington this **4th** day of **September, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 20, 2008 at 4:00 p.m.** with Judge Thynge to discuss the status of the case in relation to mediation tentatively set for December 22, 2008. **Jeffrey J. Clark, Esquire shall initiate the teleconference call.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE